[No. 55993-1-I. Division One. May 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN TODD MEZO, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00468-6, Charles Snyder, J., entered March 1, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 56038-7-I. Division One. May 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARIO VILLANIA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-02679-2, Andrea A. Darvis, J., entered March 9, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56041-7-I. Division One. May 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KELVIN D. McCAULEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-05890-9, Michael Heavey, J., entered March 14, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56160-0-I. Division One. May 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN STANLEY PARKS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00079-6, Steven J. Mura, J., entered April 4, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Cox, JJ.